**UNITED STATES DISTRICT COURT**
**DISTRICT OF HARTFORD**

| | |
|---|---|
| MATTHEW LAMPKIN, ET AL. | |
| Plaintiff(s) | CIVIL ACTION NO. |
| v. | |
| WEST HARTFORD YOUTH FOOTBALL LEAGUE, ET AL. | SEPTEMBER 23, 2021 |
| Defendant(s) | |

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF HARTFORD

Defendants, West Hartford Youth Football League, Scott MacGilpin and Bruce

Bourgoin, by their undersigned counsel, pursuant to 28 U.S.C. Sections 1331, 1332, 1441 and

1446, hereby remove this action from the Superior Court of the Judicial District of Hartford at

Hartford in the State of Connecticut, where it is now pending, to the United States District Court

of the District of Connecticut.  In support of its petition for removal, Defendant states as follows:

1.      An action was made returnable on October 12, 2021, to the Superior Court for the

Judicial District of Hartford at Hartford, entitled "*MATTHEW LAMPKIN, ET AL. v. WEST*

*HARTFORD YOUTH FOOTBALL LEAGUE, ET AL.*," by service on September 14, 2021,  of a

Summons and Complaint (of which true and correct copies are attached hereto as Exhibit A) by

abode service at 92 Ardmore Road, West Hartford, Connecticut and 20 Garland Road, West

Hartford, Connecticut, Authorized Recipients of Service.  No further proceedings have been held

herein.

1

2.      The action pending in the state court is a civil action alleging Discriminatory Public Accommodations Practices in Violation of Conn. Gen. Stat. §46a-64(a)(1) and Conn. Gen. Stat. §46a-64(a)(2) and Discrimination in Places of Public Accommodation in Violation of Title II of the Civil Rights Act of 1964, 42 U.S.C. §2000a(a) over which this Court has subject-matter jurisdiction because the alleged action raises a Federal question of law.  The plaintiff alleges that Defendants violated rights under Conn. Gen. Stat. §46a-64(a)(1) and Conn. Gen. Stat. §46a-64(a)(2) and Title II of the Civil Rights Act of 1964, 42 U.S.C. §2000a(a).

3.      Defendants West Hartford Youth Football League, Scott MacGilpin, and Bruce Bourgoin first received a copy of a Summons and Complaint made returnable on October 12, 2021, by abode service at 92 Ardmore Road, West Hartford, Connecticut and 20 Garland Road, West Hartford, Connecticut, Authorized Recipient of Service.

4.      This Notice of Removal is being filed within 30 days after the Defendants first received the Plaintiff's Summons, Complaint, and Statement of Amount in Demand and, therefore, is timely filed under 28 U.S.C. §1446(b).

5.      Defendants, West Hartford Youth Football League, Scott MacGilpin, and Bruce Bourgoin, will give written notice of the filing of this Notice of Removal and will provide a copy of this Notice of Removal to the Clerk of the Hartford Superior Court, as required by 28 U.S.C. §1446(b).

DEFENDANTS

BY _____

Michelle Gramlich ct28160
MUSCO & IASSOGNA
555 Long Wharf Drive, 10th Floor
New Haven, Connecticut 06511
Tel:  (203) 782-4100
Fax:  (203) 782-4128
E-Mail: michelle.gramlich@m-ilaw.com

3

**CERTIFICATION**

This is to certify that a copy of the foregoing was filed electronically on the 23rd day of September, 2021. Notice of this filing will be sent via e-mail to all parties by the operation of the Court's electronic filing system.

*Michelle Gramlich*

_____

Michelle Gramlich

Case 3:21-cv-01276-AWT   Document 1   Filed 09/23/21   Page 4 of 4

4